NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

CHARLES STRUEBING, *Petitioner*.

No. 1 CA-CR 25-0265 PRPC

FILED 02-11-2026

Petition for Review from the Superior Court in Maricopa County
Nos. CR2009-048714-001, CR2009-122465-001
The Honorable Geoffrey H. Fish, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Charles Struebing, Buckeye, Petitioner
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Michael S. Catlett, Judge Jennifer M. Perkins, and Judge Angela K. Paton delivered the following decision.

---

**PER CURIAM**:

**¶1** Petitioner Charles Struebing seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 33.1. This is Struebing's third successive petition.

**¶2** We will not disturb a superior court's ruling on a petition for post-conviction relief absent an abuse of discretion or legal error. *See State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). Struebing has the burden to show that the superior court erred in denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. The petitioner has not established error.

**¶4** We grant review but deny relief.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:             JR